STATE OF NEW JERSEY v. WILLIE THOMAS.

May 12, 1986.

Petition for certification denied.

DANIEL W. MORRISON v. NEW JERSEY STATE
PAROLE BOARD, ETC.

May 12, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL JOHNSON.

May 12, 1986.

Petition for certification denied.   (See 206 *N.J.Super.* 341)

STATE OF NEW JERSEY v. CRAIG LOYAL.

May 12, 1986.

Petition for certification denied.